UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-24 |
| Plaintiff, | Hon. Paul L. Maloney |
| v. | U.S. District Judge |
| ALLEN MICHAEL FOSTER, | |
| Defendant. | |

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 14, 2019 for an initial appearance and arraignment on an indictment charging him with three counts of abusive sexual contact

Defendant is currently serving a sentencing in the Michigan Department of Corrections and is not eligible for release.

A detention hearing was not held in this matter because if Defendant were released from federal custody, he would simply be returned to MDOC custody.

IT IS THEREFORE ORDERED that Defendant will remain detained in federal custody pending further proceedings.

Date: November 14, 2019      /s/ Maarten Vermaat
MAARTEN VERMAAT
UNITED STATES MAGISTRATE JUDGE